# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:  Marshall Allen Slater                                    Case No. 15-57832
        xxx-xx-7462
       Anna Jane Slater                                     Judge Charles M. Caldwell
        xxx-xx-9469                                                Chapter 13
       Debtors

## AFFIDAVIT CONCERNING TAX RETURN

**STATE OF OHIO, COUNTY OF WASHINGTON, SS:**

The undersigned, being duly sworn, states as follows:

1. That we are the debtors in this case, and we certify that the following statements are true under penalty of perjury.

2. That our only sources of income are Social Security, VA Disability, and gas wells. Therefore, we are not required to file a tax return. Our last tax return was filed in 2007, and we do not have a copy.

3. Further Affiant sayeth naught.


/s/ Marshall Allen Slater
Marshall Allen Slater


/s/ Anna Jane Slater
Anna Jane Slater

**SWORN** to and subscribed to in my presence this 9th day of December 2015.

**[ S E A L ]**

/s/ Robert Ellis
**Notary Public**
My Commission Expires: Non-expiring

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the attached Affidavit concerning Tax Return was served by United States Mail and/or electronically this date on the parties whose names and full addresses are listed below.

Dated:  12/16/2015

/s/ Robert Ellis
Robert Ellis (0011706)
ELLIS & ELLIS,
A Legal Professional Association
Attorneys for Debtors
328 Fourth Street
Marietta, OH  45750
(740) 373-8624  Fax (740)373-8981
bobellis@ellisandellis.net

**The following were served by U.S. mail:**

Marshall Allen Slater
37977 State Route 681
Albany, Ohio 45710

Anna Jane Slater
37977 State Route 681
Albany, Ohio 45710

**The following were served electronically through ECF:**

Frank M. Pees, Chapter 13 Trustee
Office of the U. S. Trustee